United States District Court
Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> GODLIFE ASAD MUHAMMED <br> (a/k/a Godlife Muhammed, a/k/a Kiven Ross), <br> Defendant. | Case No.: CR 02-40206-DLJ-1 (KAW) <br><br> ORDER EXTENDING TIME TO CONDUCT PSYCHIATRIC EXAMINATION UNDER 18 U.S.C. § 4241 |

On June 4, 2012, the Court ordered Defendant Godlife Muhammed to submit to a psychiatric examination pursuant to 18 U.S.C. § 4241(b) to determine whether he is competent to stand trial. Since a delay in court proceedings resulting from proceedings and examinations to determine a defendant's mental competency is a statutory exclusion under the Speedy Trial Act, the time from June 4, 2012 to August 10, 2012 was excluded from the Speedy Trial clock. *See* 18 U.S.C. §3161(h)(1)(A).

The Court received a letter dated July 10, 2012, from Warden L.R. Thomas of the Federal Bureau of Prisons, requesting a 15-day extension to "complete the testing and examination necessary to develop a history, diagnosis, and opinion," as provided by statute. *See* 18 U.S.C. 4247(b). The letter advised that the evaluation should be completed by July 29, 2012, and the report received by the Court by August 20, 2012.

Since the report will not be completed by the August 10, 2012 scheduled hearing, that date is hereby VACATED. The hearing will now be continued until Monday, August 27, 2012. Accordingly, the time from June 4, 2012 to August 27, 2012 is excluded from the Speedy Trial clock. *See* 18 U.S.C. §3161(h)(1)(A).

///

///

If the psychiatric evaluation is completed earlier than the time period contemplated by this order, the parties may contact the Court and place the matter on calendar on a date earlier than August 27, 2012.

IT IS SO ORDERED.

Dated: July 19, 2012

                                                             KANDIS A. WESTMORE
                                                            United States Magistrate Judge