UNITED STATES OF AMERICA,                    )    No. CR 02-40206 CW
                                             )
                    Plaintiff,               )    (Proposed) **ORDER RE AMENDMENT**
vs.                                          )       **OF JUDGMENT AND COMMITMENT**
                                             )
GODLIFE MUHAMMAD,                            )
                                             )
                    Defendant.               )
_____)

        FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Judgment and

Commitment issued by this Court on April 17, 2013, is to be amended to state that the defendant

is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of

12 months, with credit for time served from May 3, 2012.


Dated:  4/22/2013

                                             _____
                                             CLAUDIA WILKEN
                                             Chief Judge, United States District Court

1